# EXHIBIT A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## National Police Association, Inc. v. Peter Hoell, The Village of Germantown

| | |
|---|---|
| Case Number | 49D14-2009-PL-030208 |
| Court | Marion Superior Court, Civil Division 14 |
| Type | PL - Civil Plenary |
| Filed | 09/01/2020 |
| Status | 09/01/2020 , Pending  (active) |

## Parties to the Case

Defendant   Hoell, Peter

**Address**
W157 N9790 Glenwod Rd
Germantown, WI 53022

**Attorney**
Kyle A Jones
*#1427449, Retained*

101 West Ohio Street
Ninth Floor
Indianapolis, IN 46204
317-269-9330(W)

Defendant   The Village of Germantown

**Attorney**
Kyle A Jones
*#1427449, Retained*

101 West Ohio Street
Ninth Floor
Indianapolis, IN 46204
317-269-9330(W)

Plaintiff     National Police Association, Inc.

**Attorney**
Derek Robert Peterson
*#3107849, Retained*

156 Stony Creek Overlook
Noblesville, IN 46060
781-492-3701(W)

## Chronological Case Summary

09/01/2020   **Case Opened as a New Filing**

| 09/01/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons - Peter Hoell

| Filed By: | National Police Association, Inc. |
|---|---|
| File Stamp: | 09/01/2020 |

| 09/01/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons - Village of Germantown

| Filed By: | National Police Association, Inc. |
|---|---|
| File Stamp: | 09/01/2020 |

| 09/01/2020 | **Appearance Filed** |
|---|---|

Appearance - National Police Association, Inc.

| For Party: | National Police Association, Inc. |
|---|---|
| File Stamp: | 09/01/2020 |

| 09/01/2020 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint & Demand for Jury Trial

| Filed By: | National Police Association, Inc. |
|---|---|
| File Stamp: | 09/01/2020 |

| 09/22/2020 | **Certificate of Issuance of Summons** |
|---|---|

Certificate of Issuance of Summons & Notice of Perfected Service

| Filed By: | National Police Association, Inc. |
|---|---|
| File Stamp: | 09/22/2020 |

| 09/25/2020 | **Appearance Filed** |
|---|---|

Appearance of Jones for Defendants

| For Party: | Hoell, Peter |
|---|---|
| For Party: | The Village of Germantown |
| File Stamp: | 09/25/2020 |

| 09/25/2020 | **Notice Filed** |
|---|---|

Defendants' Notice of Automatic Enlargement of Time to Respond to Plaintiff's Complaint

| Filed By: | Hoell, Peter |
|---|---|
| Filed By: | The Village of Germantown |
| File Stamp: | 09/25/2020 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**National Police Association, Inc.**

Plaintiff

**Balance Due** (as of 10/02/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 09/01/2020 | Transaction Assessment | 157.00 |
| 09/01/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**49D14-2009-PL-030208**

Marion Superior Court, Civil Division 14

Filed: 9/1/2020 2:54 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |

| | |
|---|---|
| NATIONAL POLICE ASSOCIATION, INC., | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE VILLAGE OF GERMANTOWN, a foreign | ) |
| municipal corporation; and PETER HOELL, | ) |
| individually and in his capacity as agent of THE | ) |
| VILLAGE OF GERMANTOWN | ) |
| Defendants. | ) |

## SUMMONS

TO DEFENDANT:     Mr. Peter Hoell
                 W157 N9790 Glenwod Rd.
                 Germantown, WI 53022-5139

You are hereby notified that you have been sued by the persons named as plaintiffs and in the Court indicated above. The nature of this suit against you is stated in the complaint which is attached to this Summons. It also states the demand which the plaintiffs have made against you.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within **twenty (20) days**, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff in its complaint.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated:          9/1/2020

*Myla A. Eldridge*

Clerk, Marion County Courts

**The following manner of service of Summons is hereby designated:**

**__X__     Service via Certified Mail, Return Receipt Requested**



SUMMONS PREPARED BY:

_____
Derek R. Peterson, Atty. No.: 31078-49
Derek R. Peterson – Attorney at Law
156 Stony Creek Overlook
Noblesville, Indiana 46060
T: 781.492.3701
E: DRPetersonlaw@gmail.com
*Counsel for Plaintiff*

**49D14-2009-PL-030208**

Marion Superior Court, Civil Division 14

Filed: 9/1/2020 2:54 PM
Clerk
Marion County, Indiana

STATE OF INDIANA      )      IN THE MARION COUNTY SUPERIOR COURT
                     ) SS:
COUNTY OF MARION      )      CAUSE NO.:

NATIONAL POLICE ASSOCIATION, INC.,      )
               Plaintiff,                     )
                                        )
         vs.                                  )
                                        )
THE VILLAGE OF GERMANTOWN, a foreign      )
municipal corporation; and PETER HOELL,      )
individually and in his capacity as agent of THE      )
VILLAGE OF GERMANTOWN             )
               Defendants.              )

## <u>SUMMONS</u>

TO DEFENDANT:          Village of Germantown, Wisconsin
                              c/o Village Administrator or Authorized Person(s)
                              N112 W17001 Mequon Road
                              Germantown, WI 53022

      You are hereby notified that you have been sued by the persons named as plaintiffs and in the Court indicated above. The nature of this suit against you is stated in the complaint which is attached to this Summons. It also states the demand which the plaintiffs have made against you.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within **twenty (20) days**, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff in its complaint.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

               9/1/2020
Dated:                            *Myla A. Eldridge*
                                Clerk, Marion County Courts

**The following manner of service of Summons is hereby designated:**

     **X**      **Service via Certified Mail, Return Receipt Requested**

MARION COUNTY COURTS

SEAL

INDIANA

SUMMONS PREPARED BY:

Derek R. Peterson, Atty. No.: 31078-49
Derek R. Peterson – Attorney at Law
156 Stony Creek Overlook
Noblesville, Indiana 46060
T: 781.492.3701
E: DRPetersonlaw@gmail.com
*Counsel for Plaintiff*

**49D14-2009-PL-030208**

Marion Superior Court, Civil Division 14

Filed: 9/1/2020 2:54 PM
Clerk
Marion County, Indiana

STATE OF INDIANA      )    IN THE MARION COUNTY SUPERIOR COURT
                     ) SS:
COUNTY OF MARION    )    CAUSE NO.:

NATIONAL POLICE ASSOCIATION, INC.,  )
             Plaintiff,          )
                       )
      vs.                 )
                       )
THE VILLAGE OF GERMANTOWN, a foreign  )
municipal corporation; and PETER HOELL,  )
individually and in his capacity as agent of THE  )
VILLAGE OF GERMANTOWN  )
             Defendants.      )

## APPEARANCE OF COUNSEL

1.  The party on whose behalf this form is being filed is:  Initiating  **X** ; and the undersigned attorney identified on this form hereby enters his appearance in this case on behalf of the above-identified **PLAINTIFF, NATIONAL POLICE ASSOCIATION, INC.**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    Derek R. Peterson,
    Atty. No.: 31078-49
    Derek R. Peterson – Attorney at Law
    156 Stony Creek Overlook
    Noblesville, Indiana 46060
    T: 781.492.3701
    E: DRPetersonlaw@gmail.com

3.  This is a **PL** case type as defined in administrative Rule 8(B)(3).

4.  Attorney for Plaintiffs **WILL NOT** accept service by fax.

5.  Attorney for Plaintiffs **WILL** accept service by Indiana Electronic Filing Service (IEFS) and Electronic Mail (E-mail).

6.  This case **DOES NOT** involve child support issues.

7.  This case **DOES NOT** involve a protection from abuse order, a workplace violence restraining order, or a no – contact order.

8.  This case **DOES NOT** involve a petition for involuntary commitment.

9.  There are **NO** related cases.  However, this is matter is being pursued in part as judicial review of an administrative agency action taken against Petitioner.

10. Additional information specified by state or local rule required to maintain the information
    management system employed by the court: N/A

Respectfully Submitted,

Derek R. Peterson
Atty. No.: 31078-49
156 Stony Creek Overlook,
Noblesville, Indiana 46060
Tel: 781.492.3701
Email: DRPetersonlaw@gmail.com
Counsel for Plaintiff

**49D14-2009-PL-030208**

Marion Superior Court, Civil Division 14

Filed: 9/1/2020 2:54 PM
Clerk
Marion County, Indiana

STATE OF INDIANA     )    IN THE MARION COUNTY SUPERIOR COURT
    ) SS:
COUNTY OF MARION     )    CAUSE NO.:

NATIONAL POLICE ASSOCIATION, INC.,     )
            Plaintiff,     )
    )
      vs.     )
    )
THE VILLAGE OF GERMANTOWN, a foreign     )
municipal corporation; and PETER HOELL,     )
individually and in his capacity as agent of THE     )
VILLAGE OF GERMANTOWN     )
            Defendants.     )

## COMPLAINT &
## DEMAND FOR JURY TRIAL

COMES NOW, the National Police Association, Inc., herein ("Plaintiff"), by counsel, Derek R. Peterson, and respectfully submits Plaintiff's "Complaint & Demand for Jury Trial" ("Complaint"), to this Court and against the Village of Germantown and Peter Hoell, jointly and severally, and hereby alleges the following facts and claims:

### THE PARTIES

1.     Plaintiff is an Indiana non-profit 501(c)(3) educational organization headquartered at 8710 Bash Street #501692, Indianapolis, Indiana 46250, which is located within Marion County, Indiana.

2.     Defendant, the Village of Germantown, herein ("Defendant Germantown"), is a foreign municipal corporation, with a principal address of N112 W17001 Mequon Road Germantown, Wisconsin 53022, which is located within Washington County, Wisconsin.

3.     Washington County, Wisconsin is adjacent to Milwaukee County, Wisconsin.

4.     Both Washington County and Milwaukee County are a part of the Milwaukee Metropolitan area.

1

5.     Defendant, Peter Hoell, herein ("Defendant Hoell"), is a resident of Defendant Germantown, with a principal address of W157 N9790 Glenwood Rd, Germantown, WI, 53022-5139.

6.     Between January 1, 2018 through December 20, 2019, Defendant Hoell served as Chief of Police for Defendant Germantown.

<u>FACTS GIVING RISE TO COMPLAINT</u>

7.     At all times relevant, Plaintiff operated as a 501(c)(3) non-profit educational organization, whose mission was to educate supporters of law enforcement in how to help police departments across the country accomplish their goals of effective law enforcement, through clear communications designed to combat the influence of anti-police activists and promote policies which encourage public officials to work together with police in the public interest.

8.     At all times relevant, Plaintiff was registered with the Wisconsin Secretary of State, authorizing Plaintiff to engage in business and activities related to Plaintiff's 501(c)(3) status and mission statement.

9.     In the first three (3) months of 2018, Plaintiff via U.S. Mail sent "The National Sanctuary Area Crime Impact Survey," herein ("NPA Survey"), to various parts of the country that were relevant to the NPA Survey, including to residents located in Defendant Germantown.

10.    In or about March 2019, Defendant Hoell participated in an interview with the Indy Star, wherein Defendant Hoell was quoted with having stated the following:

> Hoell told residents to disregard the letter. He also reported the National Police Association to the U.S. Postal Inspection Service over what he considered to be fraudulent mail.
>
> ***
>
> It's a scam," Hoel (*sic*) said. "It's no different than any other scam — just a different angle."

2

11.     On March 17, 2019, Defendant Hoell's statements regarding Plaintiff were published to the public.

12.     On or about March 17, 2019, Plaintiff's learned of Defendant Hoell's and/or Defendant Germantown's prior defamatory statements published on the social media platform – Facebook, herein ("May 31, 2018 Facebook Post"). A true and accurate copy of the May 31, 2018 Facebook Post is attached hereto and incorporated herein as Exhibit 1.

13.     Upon information and belief, the May 31, 2018 Facebook Post was published to the public on or about May 31, 2018, where it has remained through the date of filing this Complaint.

14.     On or about October 23, 2019, Defendant Hoell and/or Defendant Germantown published another Facebook Post, herein ("October 23, 2019 Facebook Post"). A true and accurate copy of the October 23, 2019 Facebook Post is attached hereto and incorporated herein as Exhibit 2.

15.     Upon information and belief, the October 23, 2019 Facebook Post was published to the public on or about October 23, 2019, where it has remained through the date of filing this Complaint.

16.     At all times relevant, Defendant Germantown, through other elected officers, boards and/or commissions, was responsible for the oversight and supervision of Defendant Hoell.

17.     Each of the defamatory statements and matters published or spoken by Defendant Hoell were in regard to Plaintiff.

18.     As a result of the actions undertaken by Defendant Germantown and Defendant Hoell, Plaintiff has suffered harm, injuries and damages.

19.     The statements made by Defendant Hoell were false and/or misleading.   More specifically, thrice labeling Plaintiff as a "scam;"  twice claiming to have reported Plaintiff to the U.S. Postal Inspector for fraud; claiming that the NPA Survey "states that Germantown is a Federally Designated Sanctuary City;" claiming that the NPA Survey contains and/or is "false information;" claiming to have received a "call from a Police Association, possibly the [Plaintiff] to my home;" further publishing a defamatory article concerning Plaintiff; claiming that the "[NPA Survey] falsely warned that Germantown is a sanctuary city, not cooperating with federal immigration enforcement; and instructing third-parties to "disregard the letter" on account of false information were all false statements, claims and otherwise defamatory statements made against Plaintiff.

## CLAIMS
### *Defamation Per Se*

20.     Paragraphs One (¶1) through Nineteen (¶19) are incorporated by reference herein and should be treated as if restated in their entirety.

21.     Defendant Hoell's statements as contained in this Complaint and Exhibits 1 – 2 constitute defamation *per se* in that the defamatory statements impute criminal conduct on the part of Plaintiff and/or impute misconduct by Plaintiff in Plaintiff's trade, profession, office, or occupation.

22.     Defendant Hoell's statements were made with either negligence and/or actual malice.

23.     Defendant Hoell's statements were published to the public.

### *Defamation Per Quod*

24.     Paragraphs One (¶1) through Nineteen (¶19) are incorporated by reference herein and should be treated as if restated in their entirety.

4

25.     Additionally, Paragraphs Twenty-One (¶21) through Twenty-Three (¶23) are incorporated by reference herein and should be treated as if restated in their entirety.

26.     As a result of Defendant Hoell's conduct, Plaintiff has suffered damages from loss of donations and other business benefits, harm to the business reputation of Plaintiff and injuries to the character and business of Plaintiff.

*42 U.S.C. § 1985*

27.     Paragraphs One (¶1) through Nineteen (¶19) are incorporated by reference herein and should be treated as if restated in their entirety.

28.     Defendant Hoell in concert, connection and/or under the supervision and tacit approval of Defendant Germantown, engaged in a conspiracy with Defendant Germantown for the purpose of depriving, either directly or indirectly, Plaintiff of the equal protection of the laws and/or of the equal privileges and immunities under the laws.   Specifically, constitutional protections to be free from harmful and/or defamatory speech, while Plaintiff engages in its own constitutionally protected and statutorily authorized activities.

29.     Defendant Hoell and Defendant Germantown acted in furtherance of this conspiracy when Defendant Hoell published the defamatory statements, while Defendant Germantown remained silent and/or approved of the defamatory statements once becoming aware of such defamatory statements being made by Defendant Hoell.

30.     Defendant Hoell and Defendant Germantown have caused injury to Plaintiff, Plaintiff's property, and/or a deprivation of Plaintiff's right or privilege to engage in its constitutionally and statutorily protected activities.

*Demand for Jury Trial*

31.     Plaintiff, pursuant to Ind. R. Tr. P., Rule 38, demands that this matter be tried by jury.

WHEREFORE, Plaintiff, the National Police Association, Inc., respectfully prays of this Court to issue the following relief:

1.     Liability of Defendant Hoell and/or Defendant Germantown, jointly and/or severally;

2.     Damages in the form of compensatory, presumed, actual, punitive, exemplary, treble and/or special in an amount to be determined by a jury, which will appropriately and fairly compensate Plaintiff for the damages, injuries and harms suffered as a result of Defendant Hoell's and Defendant Germantown's conduct;

3.     An award of interests, costs, fees, including reasonable attorney fees, incurred as a result of Defendant Hoell's and Defendant Germantown's conduct;

4.     An order enjoining Defendant Hoell and Defendant Germantown from making further false. defamatory and/or disparaging statements, from conspiring to cause additional harm and/or damage and/or engaging in any acts of retaliation against Plaintiffs; and

5.     For all other just and proper relief under the premises.

Respectfully Submitted,

Derek R. Peterson
Atty. No.: 31078-49
Derek R. Peterson – Attorney at Law
156 Stony Creek Overlook
Noblesville, Indiana 46060
T: 781.492.3701
E: DRPetersonlaw@gmail.com

6

**Germantown Police Department, Wisconsin**

May 31, 2018 · 🌐

Scam Alert,

Some residents in Germantown are receiving letters with surveys claiming to be from the "National Police Association." The material states that Germantown is a Federally Designated Sanctuary City. This is false information. They are also asking for donations to the National Police Association to go along with the returned survey. The material is claiming to be from Topeka, Kansas and the return envelope is going to a PO Box in Stuarts Draft, Virginia.



 48

12 Comments  94 Shares

 **Share**

Most Relevant ▾

 **Germantown Police Department Association**
49D14-2009-PL-030208
October 23, 2019 · Marion Superior Court, Civil Division 14

Filed: 9/1/2020 2:54 PM
Clerk
Marion County, Indiana

A call from a Police Association, possibly the National to my home.

Yesterday, Tuesday, October 22, my wife took a call at our home from someone claiming to be with a Police Association, possibly National. The purpose of the call was to seek donations for "your local Police Department." They stated: "Give our law enforcement officers the crime prevention tools they need." My wife did not complete the call and hung up on them. What I can tell you is that the Germantown Police Department has never had a relationship with the National Police Association, nor have we received any financial support from them.

I have attached an article about this group from March of this year. Towards the end of the article I was quoted with the following: Fundraising letters in Germantown, Wi., falsely warned that Germantown is a sanctuary city, not cooperating with federal immigration enforcement. Germantown Police Chief Peter Hoell told residents to disregard the letter. He reported the association to the U.S. Postal Inspection Service over what he considered to be fraudulent mail. "It's a scam," Hoell said.

https://thecrimereport.org/.../chiefs-call-national-police-a.../



THECRIMEREPORT.ORG
**Chiefs Call National Police Association a Scam | The Crime Report**
The Indiana group raises money by warning of the "greatest threats to our public safety in the nation's history." The income does not go to police...

👍😡😮 40                              15 Comments  22 Shares

Filed: 9/22/2020 12:23 PM
Clerk
Marion County, Indiana

STATE OF INDIANA     )    IN THE MARION COUNTY SUPERIOR COURT
                      ) SS:
COUNTY OF MARION    )    CAUSE NO.: 49D14-2009-PL-030208

NATIONAL POLICE ASSOCIATION, INC.,   )
              Plaintiff,           )
                                 )
         vs.                     )
                                 )
THE VILLAGE OF GERMANTOWN, a foreign   )
municipal corporation; and PETER HOELL,   )
individually and in his capacity as agent of THE   )
VILLAGE OF GERMANTOWN   )
              Defendants.         )

## CERTIFICATE OF ISSUANCE OF SUMMONS & NOTICE OF PERFECTED SERVICE

COMES NOW, Plaintiff, National Police Association, Inc., by counsel, Derek R. Peterson,

who hereby certifies and affirms that pursuant to Indiana Rules of Trial Procedure, Rule 86(G)(2),

service was attempted and completed on Defendants The Village of Germantown and Peter Hoell,

by providing a copy of the following:

1. Summons
2. Appearance
3. Complaint
4. Exhibits

to Defendants at the following respective addresses via Certified U.S. Mail with Return Receipt

Requested as follows:

Village of Germantown, Wisconsin
c/o Village Administrator or Authorized Person(s)
N112 W17001 Mequon Road
Germantown, WI 53022
**Date Mailed:** September 2, 2020
**Tracking No.:** 7018 2290 0001 1037 4896
**Return Receipt:** September 4, 2020
**See Exhibit 1**

1

Mr. Peter Hoell
W157 N9790 Glenwod Rd.
Germantown, WI 53022-5139
**Date Mailed:** September 2, 2020
**Tracking No.:** 7018 2290 0001 1037 2571
**Return Receipt:** September 4, 2020
**See Exhibit 1**

Respectfully Submitted,

Derek R. Peterson
Atty. No.: 31078-49
Derek R. Peterson – Attorney at Law
156 Stony Creek Overlook
Noblesville, Indiana 46060
T: 781.492.3701
E: DRPetersonlaw@gmail.com
Attorney for Plaintiff,

2

**EXHIBIT 1**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VILLAGE OF GERMANTOWN
C/O VILLAGE ADMINISTRATOR
N112 W17001 MEQUON RD
GERMANTOWN, WI 53022

9590 9403 0566 5173 1149 03

2. Article Number (Transfer from service label)

2290 0001 1037

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Bernice Wick_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JANICE WICK    9.4.20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. PETER HOELL
W157 N9790 GLENWOOD RD
GERMANTOWN, WI 53022-5139

9590 9403 0566 5173 1148 80

7018 2290 0001 1037 2571

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
PETER HOELL    9-4-20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Filed: 9/22/2020 12:23 PM
Clerk
Marion County, Indiana.

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Germantown, WI 53022

| Certified Mail Fee | $3.55 | | 0712 |
| | | | 22 |
| Extra Services & Fees (check box, add fee as appropriate) | | $2.85 | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | | |
| Postage | $7.75 | | |
| Total Postage and Fees | $14.15 | | 09/02/2020 |

Sent To  VILLAGE OF GERMANTOWN, C/O Village Admin
Street and Apt. No., or PO Box No.  N112 W17001 MEQUON RD
City, State, ZIP+4®  GERMANTOWN, WI 53022

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Germantown, WI 53022

| Certified Mail Fee | $3.55 | | 0712 |
| | | | 22 |
| Extra Services & Fees (check box, add fee as appropriate) | | $2.85 | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | | |
| Postage | $7.75 | | |
| Total Postage and Fees | $14.15 | | 09/02/2020 |

Sent To  PETER HOELL
Street and Apt. No., or PO Box No.  W157 N9790 GLENWOOD RD
City, State, ZIP+4®  GERMANTOWN WI 53022-5139

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Filed: 9/25/2020 1:24 PM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D14-2009-PL-030208 |

NATIONAL POLICE ASSOCIATION, INC., )
                                       )
                Plaintiff,           )
                                         )
    v.                                     )
                                         )
THE VILLAGE OF GERMANTOWN,     )
a foreign municipal corporation; and     )
PETER HOELL, individually and in his    )
capacity as agent of THE VILLAGE OF   )
GERMANTOWN,                      )
                                         )
               Defendants.        )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.      The party on whose behalf this form is being filed is:

        Initiating _____      Responding ✓        Intervening _____ ; and

        the undersigned attorney and all attorneys listed on this form now appear in this case for
        the following parties: **The Village of Germantown and Peter Hoell**

2.      Attorney information for service as required by Trial Rule 5(B)(2)

        Name:         Kyle A. Jones
        Atty Number: 14274-49
        Address:       NORRIS CHOPLIN SCHROEDER LLP
                         101 West Ohio Street, Ninth Floor
                         Indianapolis, IN  46204-4213
        Phone:         317/269-9330
        Fax:            317/269-9338
        Email:         kjones@ncs-law.com

**IMPORTANT**:  Each attorney specified on this appearance:

(1)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

        (a)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

        (b)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.    This is a <u>PL</u> type as defined in administrative Rule 8(B)(3).

4.    This case involves child support issues. Yes _____ No __✓__

5.    This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____ No __✓__
This case involves a petition for involuntary commitment. Yes _____ No __✓__

6.    If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment: N/A

7.    There are related cases: Yes _____ No __✓__   *(If yes, list on continuation page.)*

8.    Additional information required by local rule: N/A

9.    There are other party members: Yes _____ No __✓__   *(If yes, list on continuation page.)*

10.   This form has been served electronically on all parties on the attached Certificate of Service: Yes

NORRIS CHOPLIN SCHROEDER LLP

*/s/ Kyle A. Jones*
Kyle A. Jones (#14274-49)
Counsel for the Defendants, The Village of
Germantown and Peter Hoell

NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
317-269-9330; Fax: 317-269-9338
kjones@ncs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served electronically through

GreenFiling on September 25, 2020, upon:

Derek R. Peterson
DEREK R. PETERSON–ATTORNEY AT LAW
156 Stony Creek Overlook
Noblesville, IN  46060
DRPetersonlaw@gmail.com

*/s/ Kyle A. Jones*
Kyle A. Jones

2

Filed: 9/25/2020 1:24 PM
Clerk
Marion County, Indiana

STATE OF INDIANA      )     IN THE MARION COUNTY SUPERIOR COURT
                      ) SS:
COUNTY OF MARION    )     CAUSE NO. 49D14-2009-PL-030208

NATIONAL POLICE ASSOCIATION, INC., )
                                        )
           Plaintiff,               )
                                        )
    v.                                     )
                                        )
THE VILLAGE OF GERMANTOWN,       )
a foreign municipal corporation; and      )
PETER HOELL, individually and in his     )
capacity as agent of THE VILLAGE OF    )
GERMANTOWN,                   )
                                        )
           Defendants.            )

## DEFENDANTS' NOTICE OF AUTOMATIC ENLARGEMENT
## OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Defendants, The Village of Germantown and Peter Hoell, by counsel, pursuant to

Indiana Trial Rule 6(B)(1) and LR 49-TR5 Rule 203(D), respectfully moves the Court for an

automatic enlargement of time of thirty (30) days from September 28, 2020 to and including

October 28, 2020 to respond to Plaintiff's complaint, and in support thereof would show the

Court as follows:

       1.      Plaintiff's complaint was filed on September 1, 2020.

       2.      Defendants' response to Plaintiff's complaint is due on or before Monday,

September 28, 2020, and said time has not yet expired.

       3.      An enlargement of time of thirty (30) days to and including October 28, 2020, is

reasonably necessary for the Defendants' attorney to confer with his clients and prepare an

appropriate response to the Plaintiff's complaint.

4.      No prior enlargements of time have been requested and no party will be prejudiced by the granting of this Motion.

5.      Pursuant to Local Rule 49 – TR5 Rule 203(D), an initial written motion for enlargement of time pursuant to Ind. Trial Rule 6(B)(1) to respond to the claim shall be automatically allowed for an additional thirty (30) days from the original due date without a written order of the Court.

6.      With the filing of this enlargement, Defendants' response to Plaintiff's complaint shall be due on or before October 28, 2020.

WHEREFORE, Defendants, The Village of Germantown and Peter Hoell, by counsel, respectfully state that their response to Plaintiff's complaint shall be due on or before October 28, 2020.

NORRIS CHOPLIN SCHROEDER LLP

*/s/ Kyle A. Jones*
Kyle A. Jones (#14274-49)
Counsel for the Defendants, The Village of
Germantown and Peter Hoell

NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
317-269-9330; Fax:  317-269-9338
kjones@ncs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served electronically through

GreenFiling on September 25, 2020, upon:

Derek R. Peterson
DEREK R. PETERSON–ATTORNEY AT LAW
156 Stony Creek Overlook
Noblesville, IN  46060
DRPetersonlaw@gmail.com

/s/ Kyle A. Jones
Kyle A. Jones

3